IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00739-ZLW

WAYNE BRUNSILIUS,

       Plaintiff,

v.

BRIGHAM SLOAN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

       Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

       Petitioner submitted a Notice of Appeal on August 26, 2010 . The court has determined that the document is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     __    is not on proper form (must use the court's current form)
     __    is missing original signature by plaintiff/petitioner on motion
     __    is missing affidavit
     __    affidavit is incomplete
     __    is missing original signature by plaintiff/petitioner on affidavit
     __    affidavit is not notarized or is not properly notarized
     __    other_____

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within 30 days from the date of this order. Any papers that Petitioner filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  31st  day of  August , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court